UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-22503-JLK

JESUS GONZALEZ,

    Plaintiff,

v.

RINCONCITO LATINO INC., and
WEST GABLES SHOPPING PLAZA, LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice (DE 11) filed March 2, 2023, in the above-styled case indicating that a settlement was reached between the parties. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

**ORDERED, ADJUDGED** and **DECREED** as follows:

1. The above-styled case is hereby **DISMISSED with prejudice**. The Court retains jurisdiction to enforce the terms of the settlement.

2. All unresolved pending motions in this case are hereby **DENIED** as moot.

3. The **Pretrial Conference** previously set for **November 3, 2023,** and the **Trial** previously set for **January 2, 2024,** are hereby **CANCELED**.

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 3rd day of March, 2023.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:**   All Counsel of Record
       Clerk of Court